IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Grubbs, Marsha | Case Number: 07 B 06996 |
|---|---|
| | Judge: Squires, John H |
| Printed: 03/17/09 | Filed: 4/18/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: February 4, 2009
Confirmed: August 15, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 15,409.16 | |
| Secured: | | 11,933.88 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,573.00 |
| Trustee Fee: | | 902.28 |
| Other Funds: | | 0.00 |
| Totals: | 15,409.16 | 15,409.16 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Bennie W Fernandez | Administrative | 2,573.00 | 2,573.00 |
| 2. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 3. | Franklin Credit Management Corporation | Secured | 0.00 | 0.00 |
| 4. | Dell Financial Services, Inc | Secured | 0.00 | 0.00 |
| 5. | Ford Motor Credit Corporation | Secured | 10,098.13 | 8,800.00 |
| 6. | Litton Loan Servicing | Secured | 36,308.00 | 0.00 |
| 7. | Franklin Credit Management Corporation | Secured | 7,798.17 | 3,133.88 |
| 8. | Peoples Energy Corp | Unsecured | 505.37 | 0.00 |
| 9. | RoundUp Funding LLC | Unsecured | 125.05 | 0.00 |
| 10. | Dell Financial Services, Inc | Unsecured | 116.19 | 0.00 |
| 11. | RoundUp Funding LLC | Unsecured | 106.23 | 0.00 |
| 12. | Federated Retail Holdings Inc | Unsecured | 107.23 | 0.00 |
| 13. | Portfolio Recovery Associates | Unsecured | 90.08 | 0.00 |
| 14. | ECast Settlement Corp | Unsecured | 791.52 | 0.00 |
| 15. | Action Card | Unsecured | 295.26 | 0.00 |
| 16. | ECast Settlement Corp | Unsecured | 441.37 | 0.00 |
| 17. | Citi-Bp Oil | Unsecured | | No Claim Filed |
| 18. | Newport News | Unsecured | | No Claim Filed |
| 19. | Credit Protection Association | Unsecured | | No Claim Filed |
| 20. | NCO Financial Services Inc | Unsecured | | No Claim Filed |
| 21. | West Asset Management | Unsecured | | No Claim Filed |
| 22. | Premier Credit | Unsecured | | No Claim Filed |
| 23. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 24. | Medical Collections | Unsecured | | No Claim Filed |
| | | | $ 59,355.60 | $ 14,506.88 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Grubbs, Marsha

Printed: 03/17/09

Case Number: 07 B 06996
Judge: Squires, John H
Filed: 4/18/07

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 492.69 |
| 6.5% | 340.68 |
| 6.6% | 68.91 |
| | $ 902.28 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: